United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. SAENZ, K61926,<br>　　　　Plaintiff,<br>　　v.<br>Y. FRIEDMAN, Jewish Chaplain,<br>　　　　Defendant(s). | Case No. 17-0046 SK (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF Nos. 9 & 10) |

Pursuant to the parties' recently-filed stipulation for voluntary dismissal with prejudice (ECF No. 10), the instant case is DISMISSED with prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and fees.

The clerk shall terminate all pending motions (e.g., ECF No. 9) as moot, and close the file.

**IT IS SO ORDERED.**

Dated: May 1, 2017

_____
SALLIE KIM
United States Magistrate Judge